Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

November 1, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 04 2015

Abel Acosta, Clerk

RE: Guzman Bartholomew AnTonio
CCA NO: WR-75,864-03
Trial Court Case No: 105341l-A

Dear Clerk:

I am writing in regards of the above case number. I am requesting that all Further NOTICE'S AND RULINGS be sent to me as I Proceed Pro se. I did not get the last (2) Two notices and was not informed by any other parties of the Extensions being filed and granted. However, your help in sending me 2 Docket sheets is what raised this concern in me not receiving any notices. In which I greatly Appreciate your help.

Again I am requesting ALL NOTICES AND RULING be sent to me. In the event you are unable to meet this request could you PLEASE tell me how to go about getting all Further notices sent to me?

Thank you again for all your help and concern in this most URGENT matter.

Sincerely,
Bartholomew A. Guzman
#1399983
Wynne Unit 810 FM 2821
Huntsville, Texas 77349

cc: file                    Proceeding Pro se